ROSS A. NABATOFF, WASHINGTON D.C. BAR NO. 376665
 (PRO HAC VICE)
BRAND LAW GROUP, PC
923 FIFTEENTH STREET, NW
WASHINGTON, DC 20005
TELEPHONE: 202-662-9700
FACSIMILE: 202-737-7565
rnabatoff@brandlawgroup.com

CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
KATHLEEN F. SHERMAN, CA STATE BAR NO. 241200
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christian.picone@berliner.com
kathleen.sherman@berliner.com

ATTORNEYS FOR DEFENDANT ALI KASHANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALI KASHANI and YANG ZHAO,<br><br>    Defendant. | CASE NO. CR13 00201 DLJ<br><br>STIPULATION AND [] ORDER FOR A BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE INDICTMENT AND TO VACATE THE STATUS CONFERENCE |

///
///
///
///
///
///
///
///
///

CASE NO. CR13 00201 DLJ
-1-
STIPULATION AND ORDER FOR A BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE INDICTMENT AND TO VACATE THE STATUS CONFERENCE

4810-8862-7476v1
CEP\21662001

1. Defendants intend to file Motions to Dismiss the Indictment in the above referenced case. Counsel have conferred and reached a proposed briefing schedule (outlined below).

2. Ali Kashani will file his Motion to Dismiss and supporting documents on or before September 11, 2013. Yang Zhao will file her Motion to Dismiss and supporting documents on or before September 13, 2013.

3. The Government shall file its Oppositions and supporting documents to the Defendants' motions on or before October 3, 2013.

4. Defendants may each file a Reply on or before October 10, 2013.

5. The Court will hold a hearing on the Defendants Motions to Dismiss the Indictment on October 17, 2013 at 10:00 AM.

6. The Court shall vacate the status conference set for September 12, 2013 at 9:00 AM and re-set the status conference with the hearing on the Motions to Dismiss the Indictment on October 17, 2013 at 10:00 AM.

7. Time under the Speedy Trail Act (18 U.S.C. §1363(h)(1)(D)) shall be excluded from the filing of this Stipulation and Order through the conclusion of the hearing or other prompt disposition of the motions.

SO STIPULATED.

DATED: SEPTEMBER 11, 2013     BERLINER COHEN

BY: /S/CHRISTIAN E. PICONE
CHRISTIAN E. PICONE
KATHLEEN F. SHERMAN
ATTORNEYS FOR DEFENDANT ALI KASHANI

DATED: SEPTEMBER 10, 2013     SWANSON & MCNAMARA LLP

BY: /S/EDWARD W. SWANSON
EDWARD W. SWANSON
NATHAN BAYS
ATTORNEYS FOR DEFENDANT YANG ZHAO

CASE NO. CR13 00201 DLJ -2-
STIPULATION AND ORDER FOR A BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE INDICTMENT AND TO VACATE THE STATUS CONFERENCE

4810-8862-7476v1
CEP\21662001

1  DATED: SEPTEMBER 11, 2013

BY: /s/Jeffrey B. Schenk
JEFFREY B. SCHENK
ASSISTANT UNITED STATES ATTORNEY

ORDER

The status conference set September 12, 2013 at 9:00 AM is vacated. The court sets a further status conference and a hearing on Defendants' Motions to Dismiss the Indictment for October 17 at 10:00 AM. The court adopts the briefing schedule outline in the Stipulation. Time under the Speedy Trail Act (18 U.S.C. §1363(h)(1)(D)) shall be excluded from the filing of this Stipulation and Order through the conclusion of the hearing or other prompt disposition of the motions.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

D. LOWELL JENSEN
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NO. CR13 00201 DLJ -3-
STIPULATION AND ORDER FOR A BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE INDICTMENT AND TO VACATE THE STATUS CONFERENCE

4810-8862-7476v1
CEP\21662001