Edward W. Swanson, SBN 159859
eswanson@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for Defendant YANG ZHAO

ORIGINAL FILED

NOV 2 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 13-00201 DLJ (HRL) |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE |
| ALI KASHANI and YANG ZHAO, | |
| Defendants. | |

The United States of America, by and through Assistant United States Attorney Jeffrey Schenk, and Yang Zhao, by and through her counsel Edward W. Swanson, hereby submit this stipulated request to modify Ms. Zhao's conditions of release. The parties agree and stipulate as follows:

(1) On May 9, 2013, the Court set conditions of release for Ms. Zhao, one of which was a condition that she not travel outside the Northern District of California without the permission of the Court.

(2) On July 3, 2013, the Court modified Ms. Zhao's conditions of release to allow Ms. Zhao to leave the home to provide necessary transportation for her children and to attend to certain household chores.

(3) On August 13, 2013 the Court modified Ms. Zhao's conditions of release to allow Ms. Zhao to leave the home between the hours of 6:00 a.m. and midnight and forbidding her from (a) traveling within 150 yards of any Chinese consulate or embassy, and (b) visiting any other foreign consulates.

(4) The parties now agree that Ms. Zhao's conditions of release should be modified to permit her to travel to Reno, Nevada, from November 27, 2013 to December 2, 2013. The parties further agree to a modification allowing Ms. Zhou to travel at all times to Solano County, in the Eastern District of California.

(5) Pretrial Services Officer Silvio Lugo has no objection to the proposed modification.

**IT IS SO STIPULATED.**

DATED: November 21, 2013

/s/
Jeffrey Schenk
Assistant United States Attorney

DATED: November 21, 2013

/s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorney for YANG ZHAO

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/22/2013

HON. ~~Howard R. Lloyd~~
United States Magistrate Judge
Nathanael Cousin

---

2
**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE**
*United States v. Kashani, et al. (No. CR 13-00201-DLJ (HRL))*