Edward W. Swanson, SBN 159859
eswanson@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for Defendant YANG ZHAO


FILED
DEC 12 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 13-00201 DLJ (HRL) |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| YANG ZHAO, | |
| Defendants. | |

The United States of America, by and through Assistant United States Attorney Jeffrey Schenk, and Yang Zhao, by and through her counsel Edward W. Swanson, hereby submit this stipulated request to modify Ms. Zhao's conditions of release. The parties agree and stipulate as follows:

(1) On May 9, 2013, the Court set conditions of release for Ms. Zhao, one of which was a condition that she be subject to electronic monitoring.

(2) The parties agree that Ms. Zhao has been in compliance of all her conditions of pretrial release.

(3) The parties now agree that in light of Ms. Zhao's performance on pretrial release, the condition of electronic monitoring should be eliminated.

(4) Pretrial Services Officer Silvio Lugo has no objection to the proposed modification.

**IT IS SO STIPULATED.**

DATED: December 10, 2013                    /s/
                                            Jeffrey Schenk
                                            Assistant United States Attorney


DATED: December 10, 2013                    /s/
                                            Edward W. Swanson
                                            SWANSON & McNAMARA LLP
                                            Attorney for YANG ZHAO


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 12/11/13
                                            HON. Howard R. Lloyd
                                            United States Magistrate Judge